

TENNESSEE DEPARTMENT OF CORRECTION
DIVISION OF ADMINISTRATIVE SERVICES
CERTIFICATION DOCUMENTATION

PLEASE ATTACH THIS CERTIFICATE PERMANENTLY TO ALL RECORDS
(U.S. Rev. Statutes, Sec. 906.  Attestation by Legal Keeper of Records)

STATE OF TENNESSEE

COUNTY OF _Davidson_

I, _Warren Tate_ hereby certify:  That I am the

_Corr Counselor III_
(Name of Official Custodian)
(Official Position)

of the Tennessee Department of Correction

situated in the County and State aforesaid; that in my legal custody as such officer are the original files and records of persons

heretofore committed to the Tennessee Department of Correction.  The attached hereto are copies of the original records,

excepting as non-original, however, any third-party documents the Department has received from the original source, which

may appear herein, of

_Alexander Friedmann #135616_

a person heretofore committed to the Tennessee Department of Correction and who served a term of imprisonment therein;

that I have compared the foregoing and attached copies with their respective originals and third party documents now on file in

my office and each thereof contains, and is, a full, true and correct transcript and copy from its said original.

IN WITNESS WHEREOF, I have hereunto set my hand this _07_ day of _Oct_, 20 _21_

_Warren T. Tate_
Signature

_Corr Counselor III_
Official Title

**STATE OF TENNESSEE**

**COUNTY OF  DAVIDSON**

Sworn and subscribed to before me this _7_ day of _October_, 20 _21_.

My Commission Expires: _7.7.2025_.

Notary Public

Duplicate as Needed

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name: FRIEDMANN    ALEXANDER                    TDOC NO.    135616
              Last         First       Middle

DATE OF ARRIVAL IN TDOC:    1/5/1960          TDOC LOCATION:    RMSI

PENDING OFFENSE(S): _____ N/A _____     CRIMINAL HISTORY: ATT AGG ROB, ROB ARM
_____                     DEAD WEAP, ASS W/INT TO M[...]

CO-DEFENDANTS: _____ N/A _____          DISCIPLINARY ISSUED:    SOLIC OF STAFF
_____                     UNAUTH FIN OBLIG/TRAN

SAFEKEEPER:    **Y**          MEDICAL CLASS:    **B**          MENTAL HEALTH LEVEL:    **2**
ORDER

INCOMPATIBLES:    N/A          STG:    N/A          EDUCATION:    N/A

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S RECOMMENDATION.

| |
|---|
| Inmate is adjusting to the facility and unit without incident and issues. No problems to report. |

UNIT COUNSELOR SIGNATURE: _____    DATE: 3-19-20

PANEL RECOMMENDATION:    ✓ MANDATORY SEGREGATION
_____ PROTECTIVE CUSTODY
_____ CUSTODY LEVEL          _____ CLOSE    _____ MEDIUM

REASON:    BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE

_____

AWT                          CHIEF COUNSELOR          CHIEF SECURITY/ADMIN LT.

JOB COORDINATOR              MENTAL HEALTH            MEDICAL

WARDEN                       ( ✓ ) APPROVAL           March 16, 2020
                                                      DATE
                             ( ) DENIAL

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name: FRIEDMANN  ALEXANDER _____   TDOC NO. _____ 135616 _____
     Last    First    Middle

DATE OF ARRIVAL IN TDOC: ____2/19/2020____   TDOC LOCATION: ____RMSI____

PENDING OFFENSE(S): _____N/A_____   CRIMINAL HISTORY: _ATT AGG ROB, ROB ARM_
                    )EAD WEAP, ASS W/INT TO M[

CO-DEFENDANTS: _____N/A_____   DISCIPLINARY ISSUED: ___SOLIC OF STAFF___
                    UNAUTH FIN OBLIG/TRAN

SAFEKEEPER: __Y__   MEDICAL CLASS: __B__   MENTAL HEALTH LEVEL: __2__
ORDER

INCOMPATIBLES: ___N/A___   STG: ___N/A___   EDUCATION: _N/A_

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S RECOMMENDATION.

Inmate is adjusting to the facility and unit without incident and issues. No problems to report.

UNIT COUNSELOR SIGNATURE: _(signature)_   DATE: _041720_

PANEL RECOMMENDATION: ✓ MANDATORY SEGREGATION
          ___ PROTECTIVE CUSTODY
          ___ CUSTODY LEVEL  ___ CLOSE  ___ MEDIUM

REASON: ___BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE___

_(signature)_ AWT   _(signature)_ CHIEF COUNSELOR   _(signature)_ CHIEF SECURITY/ADMIN LT.

_(signature)_ JOB COORDINATOR   _(signature)_ MENTAL HEALTH   _(signature)_ MEDICAL

_(signature)_ WARDEN   ( ✓ ) APPROVAL   _04/27/2020_ DATE

            ( ) DENIAL

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name: FRIEDMANN    ALEXANDER    TDOC NO.    135616
　　　　　　　Last        First      Middle

DATE OF ARRIVAL IN TDOC:  2/19/2020    TDOC LOCATION:  RMSI

PENDING OFFENSE(S): _____ N/A _____    CRIMINAL HISTORY: ATT AGG ROB, ROB ARM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEAD WEAP, ASS W/INT TO MU

CO-DEFENDANTS: _____ N/A _____    DISCIPLINARY ISSUED: SOLIC OF STAFF
　　　　　　　　　　　　　　　　　　　　　　　　　　UNAUTH FIN OBLIG/TRAN

SAFEKEEPER: __Y__    MEDICAL CLASS: __B__    MENTAL HEALTH LEVEL: __2__
ORDER

INCOMPATIBLES: N/A    STG: N/A    EDUCATION: N/A

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S RECOMMENDATION.

Inmate is adjusting to the facility and unit without incident and issues. No problems to report.

UNIT COUNSELOR SIGNATURE: _____    DATE: 051520

PANEL RECOMMENDATION: ✓ MANDATORY SEGREGATION
　　　　　　　　　　　　　_____ PROTECTIVE CUSTODY
　　　　　　　　　　　　　_____ CUSTODY LEVEL    _____ CLOSE    _____ MEDIUM

REASON: BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE

M. Keys AWT
AWT

CHIEF COUNSELOR

CHIEF SECURITY/ADMIN LT.

Gary Hayes
JOB COORDINATOR

MENTAL HEALTH

Kyla Henson RN Dov
MEDICAL

WARDEN

( X ) APPROVAL

5/26/2020
DATE

( ) DENIAL

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name: FRIEDMANN    ALEXANDER                    TDOC NO. _____ 135616 _____
                 Last         First        Middle

DATE OF ARRIVAL IN TDOC: _____ 2/19/2020 _____     TDOC LOCATION: _____ RMSI _____

PENDING OFFENSE(S): _____ N/A _____     CRIMINAL HISTORY: ATT AGG ROB, ROB ARM
_____ DEAD WEAP, ASS W/INT TO MU

CO-DEFENDANTS: _____ N/A _____     DISCIPLINARY ISSUED: _____ SOLIC OF STAFF
_____ UNAUTH FIN OBLIG/TRAN

SAFEKEEPER: __ Y __          MEDICAL CLASS: __ B __          MENTAL HEALTH LEVEL: __ 2 __
ORDER

INCOMPATIBLES: __ N/A __          STG: _____ N/A _____          EDUCATION: __ N/A __

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S RECOMMENDATION.

| |
|---|
| Inmate is adjusting to the facility and unit without incident and issues. No problems to report. |

UNIT COUNSELOR SIGNATURE: _(signature)_          DATE: _06/05/20_

PANEL RECOMMENDATION:    ✓ MANDATORY SEGREGATION
                        _____ PROTECTIVE CUSTODY
                        _____ CUSTODY LEVEL          _____ CLOSE          _____ MEDIUM

REASON: _____ BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE _____

_M Keys AWT 09/07/2020_
AWT

_(signature)_
CHIEF COUNSELOR

_(signature)_
CHIEF SECURITY ADMIN LT.

_(signature)_
JOB COORDINATOR

_(signature)_
MENTAL HEALTH

_(signature)_
MEDICAL

_(signature)_
WARDEN

(✓) APPROVAL

_June 30, 2020_
DATE

(   ) DENIAL

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name: FRIEDMANN    ALEXANDER _____    TDOC NO. _____ 135616 _____

Last                    First              Middle

DATE OF ARRIVAL IN TDOC: ___ 1/5/1960 ___    TDOC LOCATION: ___ RMSI ___

PENDING OFFENSE(S): _____ N/A _____    CRIMINAL HISTORY: ATT AGG ROB, ROB ARM
_____    DEAD WEAP, ASS W/INT TO M

CO-DEFENDANTS: _____ N/A _____    DISCIPLINARY ISSUED: ___ SOLIC OF STAFF ___
_____    UNAUTH FIN OBLIG/TRAN

SAFEKEEPER: __ Y __    MEDICAL CLASS: __ B __    MENTAL HEALTH LEVEL: __ 2 __
ORDER

INCOMPATIBLES: __ N/A __    STG: __ N/A __    EDUCATION: __ N/A __

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S
RECOMMENDATION.

Inmate is adjusting to the facility and unit without incident and issues. No problems to report.

UNIT COUNSELOR SIGNATURE: _____ DATE: __ 073020 __

PANEL RECOMMENDATION: __√__ MANDATORY SEGREGATION
_____ PROTECTIVE CUSTODY
_____ CUSTODY LEVEL          _____ CLOSE          _____ MEDIUM

REASON: ___ BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE ___

_____    _____    _____
AWT                        CHIEF COUNSELOR            CHIEF SECURITY/ADMIN LT.

_____    _____    _____
JOB COORDINATOR            MENTAL HEALTH              MEDICAL

_____    ( √ ) APPROVAL             __ 7/30/20 __
WARDEN                                                DATE

( ) DENIAL

Case 3:21-cv-00721   Document 15-4   Filed 11/02/21   Page 6 of 19 PageID #: 203

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name: FRIEDMANN    ALEXANDER _____     TDOC NO. _____ 135616 _____
              Last          First        Middle

DATE OF ARRIVAL IN TDOC: ___1/5/1960___     TDOC LOCATION: ____RMSI____

PENDING OFFENSE(S): _____N/A_____      CRIMINAL HISTORY: _ATT AGG ROB, ROB ARM
                    _____                         DEAD WEAP, ASS W/INT TO MU

CO-DEFENDANTS: _____N/A_____           DISCIPLINARY ISSUED: ___SOLIC OF STAFF___
               _____                                  UNAUTH FIN OBLIG/TRAN

SAFEKEEPER: ___Y___     MEDICAL CLASS: ___B___     MENTAL HEALTH LEVEL: ___2___
ORDER

INCOMPATIBLES: ___N/A___     STG: ___N/A___     EDUCATION: ___N/A___

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S RECOMMENDATION.

Inmate is adjusting to the facility and unit without incident and issues. No problems to report.

UNIT COUNSELOR SIGNATURE: _[signature]_     DATE: _083020_

PANEL RECOMMENDATION: ✓   MANDATORY SEGREGATION
                      ____ PROTECTIVE CUSTODY
                      ____ CUSTODY LEVEL     ____ CLOSE     ____ MEDIUM

REASON: __BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE__

_M. Keys AWT_
AWT

_[signature]_
CHIEF COUNSELOR

_[signature]_
CHIEF SECURITY/ADMIN LT.

_Gary Hay_
JOB COORDINATOR

_[signature]_
MENTAL HEALTH

_Melis Alls RWHSA_
MEDICAL

_[signature]_
WARDEN

(✓) APPROVAL     _8/27/2020_
                 DATE
(  ) DENIAL

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name: FRIEDMANN    ALEXANDER                          TDOC NO. _____ 135616 _____
_____Last_____First_____Middle

DATE OF ARRIVAL IN TDOC: ___1/5/1960___        TDOC LOCATION: _____RMSI_____

PENDING OFFENSE(S): _____N/A_____        CRIMINAL HISTORY: ATT AGG ROB, ROB ARM
_____ )EAD WEAP, ASS W/INT TO MU

CO-DEFENDANTS: _____N/A_____        DISCIPLINARY ISSUED: ___SOLIC OF STAFF___
_____ UNAUTH FIN OBLIG/TRAN

SAFEKEEPER: ___Y___     MEDICAL CLASS: ___B___     MENTAL HEALTH LEVEL: ___2___
ORDER

INCOMPATIBLES: ___N/A___        STG: ___N/A___        EDUCATION: ___N/A___

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S
RECOMMENDATION.

Inmate is adjusting to the facility and unit without incident and issues. No problems to report.

UNIT COUNSELOR SIGNATURE: _~~signature~~_        DATE: _093020_

PANEL RECOMMENDATION:    ✓ MANDATORY SEGREGATION
                         ___ PROTECTIVE CUSTODY
                         ___ CUSTODY LEVEL        ___ CLOSE        ___ MEDIUM

REASON: ___BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE___

_~~signature~~_ AWT
AWT

_~~signature~~_ CHIEF COUNSELOR
CHIEF COUNSELOR

_~~signature~~_ CHIEF SECURITY/ADMIN LT.
CHIEF SECURITY/ADMIN LT.

_~~signature~~_
JOB COORDINATOR

_~~signature~~_ ms
MENTAL HEALTH

_~~signature~~_
MEDICAL

_~~signature~~_
WARDEN

( ✓ ) APPROVAL

( ) DENIAL

Sept. 30, 2020
DATE

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name: FRIEDMANN    ALEXANDER _____ TDOC NO. _____ 135616 _____
         Last           First        Middle

DATE OF ARRIVAL IN TDOC: _2/19/2020_   TDOC LOCATION: _____ RMSI _____

PENDING OFFENSE(S): _____ N/A _____   CRIMINAL HISTORY: ATT AGG ROB, ROB ARM
_____                              )EAD WEAP, ASS W/INT TO M(

CO-DEFENDANTS: _____ N/A _____   DISCIPLINARY ISSUED: _____
_____                                 _____

SAFEKEEPER **Y**   MEDICAL CLASS: **B**   MENTAL HEALTH LEVEL: **2**
ORDER

INCOMPATIBLES: N/A _____   STG: _____ N/A _____   EDUCATION: N/A

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S
RECOMMENDATION.

> Inmate is adjusting to the facility and unit without incident and issues. No problems to report.

UNIT COUNSELOR SIGNATURE: _AE npluu_   DATE: _10/28/20_

PANEL RECOMMENDATION: ✓ MANDATORY SEGREGATION
                           _____ PROTECTIVE CUSTODY
                           _____ CUSTODY LEVEL       _____ CLOSE   _____ MEDIUM

REASON: BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE

---

_M. Keys AWT_          _signature_          _signature_
AWT                       CHIEF COUNSELOR     CHIEF SECURITY/ADMIN LT.

_Gary Hayes_     _Rebecca Bullion (CSC_   _Melin Cido RN HSA_
JOB COORDINATOR      MENTAL HEALTH       MEDICAL

_signature_                                     _November 05, 2020_
WARDEN                ( ✗ ) APPROVAL      DATE

                      ( ) DENIAL

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name: FRIEDMANN   ALEXANDER                    TDOC NO.            135616
              Last          First        Middle

DATE OF ARRIVAL IN TDOC:     1/5/1960          TDOC LOCATION:      RMSI

PENDING OFFENSE(S):        N/A                CRIMINAL HISTORY: ATT AGG ROB, ROB ARM
                                                               )EAD WEAP, ASS W/INT TO M(

CO-DEFENDANTS:             N/A                DISCIPLINARY ISSUED:   SOLIC OF STAFF
                                                               UNAUTH FIN OBLIG/TRAN

SAFEKEEPER:    Y           MEDICAL CLASS:   B     MENTAL HEALTH LEVEL:   2
ORDER

INCOMPATIBLES:    N/A            STG:      N/A           EDUCATION:  N/A

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S
RECOMMENDATION.

Inmate is adjusting to the facility and unit without incident and issues. No problems to report.

UNIT COUNSELOR SIGNATURE: _____   DATE: 112820

PANEL RECOMMENDATION: ✓ MANDATORY SEGREGATION
                        _____ PROTECTIVE CUSTODY
                        _____ CUSTODY LEVEL          _____ CLOSE  _____ MEDIUM

REASON:    BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE

_____          _____          _____
AWT                      CHIEF COUNSELOR           CHIEF SECURITY/ADMIN LT.

_____          _____          _____
JOB COORDINATOR          MENTAL HEALTH             MEDICAL

_____          ( ✓ ) APPROVAL            12/08/2020
WARDEN                                             DATE
                         (   ) DENIAL

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name: FRIEDMANN    ALEXANDER _____   TDOC NO. _____ 135616 _____
              Last          First        Middle

DATE OF ARRIVAL IN TDOC: _____ 1/5/1960 _____    TDOC LOCATION: _____ RMSI _____

PENDING OFFENSE(S): _____ N/A _____    CRIMINAL HISTORY: ATT AGG ROB, ROB ARM
_____    )EAD WEAP, ASS W/INT TO M(

CO-DEFENDANTS: _____ N/A _____    DISCIPLINARY ISSUED: _____ SOLIC OF STAFF _____
_____    UNAUTH FIN OBLIG/TRAN

SAFEKEEPER: __ Y __    MEDICAL CLASS: __ B __    MENTAL HEALTH LEVEL: __ 2 __
ORDER

INCOMPATIBLES: _____ N/A _____    STG: _____ N/A _____    EDUCATION: __ N/A __

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S
RECOMMENDATION.

Inmate is adjusting to the facility and unit without incident and issues. No problems to report.

UNIT COUNSELOR SIGNATURE: _____ C. Woolf _____    DATE: _____ 122920 _____

PANEL RECOMMENDATION: __✓__ MANDATORY SEGREGATION
            _____ PROTECTIVE CUSTODY
            _____ CUSTODY LEVEL    _____ CLOSE    _____ MEDIUM

REASON: ___ BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE ___

_M. K____    _____    _____
AWT    CHIEF COUNSELOR    CHIEF SECURITY/ADMIN LT.

_Gary Hayes_    _____    _____
JOB COORDINATOR    MENTAL HEALTH    MEDICAL    12/29/2020

_____    ( ✓ ) APPROVAL    _____
WARDEN                DATE

            (   ) DENIAL

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name: FRIEDMANN    ALEXANDER _____    TDOC NO. _____ 135616 _____
   Last          First        Middle

DATE OF ARRIVAL IN TDOC: __1/5/1960__          TDOC LOCATION: __RMSI__

PENDING OFFENSE(S): _____ N/A _____          CRIMINAL HISTORY: ATT AGG ROB, ROB ARM
                    _____                            )EAD WEAP, ASS W/INT TO MI

CO-DEFENDANTS: _____ N/A _____          DISCIPLINARY ISSUED:    SOLIC OF STAFF
               _____                          UNAUTH FIN OBLIG/TRAN

SAFEKEEPER: __Y__          MEDICAL CLASS: __B__          MENTAL HEALTH LEVEL: __2__
ORDER

INCOMPATIBLES:    N/A          STG: _____ N/A _____          EDUCATION: N/A

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S
RECOMMENDATION.

Inmate is adjusting to the facility and unit without incident and issues. No problems to report.

UNIT COUNSELOR SIGNATURE: _____    DATE: _012521_

PANEL RECOMMENDATION: __✓__ MANDATORY SEGREGATION
                      _____ PROTECTIVE CUSTODY
                      _____ CUSTODY LEVEL          _____ CLOSE    _____ MEDIUM

REASON: __BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE__

_____
AWT

_____
JOB COORDINATOR

_____
WARDEN

_____
CHIEF COUNSELOR

_____
MENTAL HEALTH

( X ) APPROVAL

(   ) DENIAL

_____
CHIEF SECURITY/ADMIN LT.

_____
MEDICAL
__3/10/2021__
DATE

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name: FRIEDMANN   ALEXANDER _____   TDOC NO. _____ 135616 _____

Last                First                Middle

DATE OF ARRIVAL IN TDOC: __1/5/1960__          TDOC LOCATION: ____RMSI____

PENDING OFFENSE(S): _____N/A_____          CRIMINAL HISTORY: __ATT AGG ROB, ROB ARM__

_____                                    )EAD WEAP, ASS W/INT TO M(

CO-DEFENDANTS: _____N/A_____          DISCIPLINARY ISSUED: ____SOLIC OF STAFF____

_____                                    UNAUTH FIN OBLIG/TRAN

SAFEKEEPER: ___Y___          MEDICAL CLASS: __B__          MENTAL HEALTH LEVEL: __2__
ORDER

INCOMPATIBLES: __N/A__          STG: ____N/A____          EDUCATION: __N/A__

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S RECOMMENDATION.

| Inmate is adjusting to the facility and unit without incident and issues. No problems to report. |
| --- |

UNIT COUNSELOR SIGNATURE: _____          DATE: __022521__

PANEL RECOMMENDATION: __✓__ MANDATORY SEGREGATION
_____ PROTECTIVE CUSTODY
_____ CUSTODY LEVEL          _____ CLOSE          _____ MEDIUM

REASON: __BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE__

---

_M. Kelp AWT_____
AWT

_____
CHIEF COUNSELOR

_____
CHIEF SECURITY/ADMIN LT.

_K Robinson, Acting I.C.___
JOB COORDINATOR

_____
MENTAL HEALTH

_Melia Alls RN HA_
MEDICAL

_____
WARDEN

( X ) APPROVAL

__03/05/2021__
DATE

(   ) DENIAL

Tennessee Department of Correction
## SAFEKEEPER Monthly Assessment Report for Sheriff

Order Basis: _____

Inmates Name: : Friedmann _____ Alexander _____ _____
                     Last           First      Middle

TDOC NO. _____ 135616

DATE OF ARRIVAL IN TDOC: _____ 2/19/2020

TDOC LOCATION: _____ RMSI

PENDING OFFENSE(S): _____ Sabotage _____
_____
_____

CRIMINAL HISTORY: _____ Att. Rob, Arm Rob with
deadly weapon, assault w/intent

CO-DEFENDANTS: _____ Unknown _____
_____

DISCIPLINARY ISSUED: _____ None _____

MEDICAL CLASS: **B**     MENTAL HEALTH LEVEL: _____ **2** _____

INCOMPATIBLES: _____ None _____    STG: _____ None _____    EDUCATION: _____ GED

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S
RECOMMENDATION.

No behavior problems noted or reported by staff in Unit 1 at RMSI.

UNIT COUNSELOR SIGNATURE: _____ W. Fato _____     DATE: 03/30/21

PANEL RECOMMENDATION: ✓ MANDATORY SEGREGATION
                                   _____ PROTECTIVE CUSTODY
                                   _____ CUSTODY LEVEL           _____ CLOSE    _____ MEDIUM

REASON: BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE

_____ M. Keys _____
AWT

_____
CHIEF COUNSELOR

_____ D. Dover _____
CHIEF SECURITY/ADMIN LT.

_____ Benita Douglas _____
JOB COORDINATOR

_____ LHP. ____ EdS RHA _____
MENTAL HEALTH
Christopher P. Smith, Jr. Eds
Behavioral Health Administrator

_____
MEDICAL

3/30/2021
DATE

_____
WARDEN

( ✓ ) APPROVAL

( ) DENIAL

CR4168                        Duplicate As Needed                    RDA####

# SAFEKEEPER Monthly Assessment Report

ASSESSMENT: _____

Inmates Name:   FRIEDMANN    ALEXANDER _____   TDOC NO. _____ 135616 _____
              Last          First         Middle

DATE OF ARRIVAL IN TDOC:   1/5/1960 _____   TDOC LOCATION: ____ RMSI ____

PENDING OFFENSE(S): _____ Sabotage _____   CRIMINAL HISTORY: ATT AGG ROB, ROB ARM
                   _____                    )EAD WEAP, ASS W/INT TO MU

CO-DEFENDANTS: _____ N/A _____   DISCIPLINARY ISSUED: __ none since arrival __
              _____                      _____

SAFEKEEPER   **Y** _____   MEDICAL CLASS: __ **B** __   MENTAL HEALTH LEVEL: __ **2** __
ORDER

INCOMPATIBLES: ___ N/A ____   STG: ____ N/A ____   EDUCATION: __ N/A __

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S
RECOMMENDATION.

Inmate is complaining about food and housing in an iron man cell, UM has addressed stating per Commissioner he must be
housed there. He has attorney phone calls in UM office when scheduled.

UNIT COUNSELOR SIGNATURE: *AR nplico CC3*   DATE: 4/20/21

PANEL RECOMMENDATION:   X  MANDATORY SEGREGATION
                       ____ PROTECTIVE CUSTODY
                       ____ CUSTODY LEVEL      ____ CLOSE    ____ MEDIUM

REASON: __ BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE __

_M.K_ AWT
AWT                          CHIEF COUNSELOR        CHIEF SECURITY/ADMIN LT.

*Gary Hayes*                                       *Meli Allo* ASP
JOB COORDINATOR              MENTAL HEALTH          MEDICAL

WARDEN                       ( ✓ ) APPROVAL         *May 18, 2021*
                                                    DATE
                             ( ) DENIAL

## Tennessee Department of Correction
# SAFEKEEPER Monthly Assessment Report for Sheriff

Order Basis: _____

Inmates Name: : Friedmann _____ Alexander _____  TDOC NO. _____ 135616 _____
Last        First      Middle

DATE OF ARRIVAL IN TDOC:    2/19/2020      TDOC LOCATION:    RMSI

PENDING OFFENSE(S): _____ Sabotage _____  CRIMINAL HISTORY: ___ Att. Rob, Arm-Rob with
_____        deadly weapon, assault w/intent

CO-DEFENDANTS: _____ Unknown _____  DISCIPLINARY ISSUED: _____ None _____
_____

MEDICAL CLASS:   **B**   MENTAL HEALTH LEVEL:   **2**

INCOMPATIBLES:    None     STG: _____ None _____     EDUCATION:   GED

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S
RECOMMENDATION.

No behavior problems noted or reported by staff in Unit 1 at RMSI.

UNIT COUNSELOR SIGNATURE:    *W. Tito*      DATE: *06/29/21*

PANEL RECOMMENDATION:   ✓   MANDATORY SEGREGATION
       ____ PROTECTIVE CUSTODY
       ____ CUSTODY LEVEL        ____ CLOSE     ____ MEDIUM

REASON:   BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE

*M. Keys*
AWT

*Acting CC4 Williamson*
CHIEF COUNSELOR

*Frank Heroux*
CHIEF SECURITY/ADMIN LT.

*Gary Key*
JOB COORDINATOR

Christopher P. Smith, Jr. Eds
Behavioral Health Administrator
MENTAL HEALTH

MEDICAL

WARDEN

( ✓ ) APPROVAL

June 30, 2021
DATE

( ) DENIAL

CR4168          Duplicate As Needed          RDA####

 Tennessee Department of Correction
## SAFEKEEPER Monthly Assessment Report for Sheriff

Order Basis: _____

Inmates Name: : Friedmann     Alexander     TDOC NO.     135616
       Last       First     Middle

DATE OF ARRIVAL IN TDOC:    2/19/2020      TDOC LOCATION:    RMSI

PENDING OFFENSE(S):     Sabotage     CRIMINAL HISTORY:   Att. Rob, Arm Rob with
                                                          deadly weapon, assault w/intent

CO-DEFENDANTS:     Unknown     DISCIPLINARY ISSUED:    None

MEDICAL CLASS:   **B**     MENTAL HEALTH LEVEL:    2

INCOMPATIBLES:     None     STG:    None     EDUCATION:   GED

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S RECOMMENDATION.

No behavior problems noted or reported by staff in Unit 1 at RMSI.

UNIT COUNSELOR SIGNATURE: _____     DATE: 07/30/20

PANEL RECOMMENDATION:    ✓   MANDATORY SEGREGATION
                             _____ PROTECTIVE CUSTODY
                             _____ CUSTODY LEVEL     _____ CLOSE     _____ MEDIUM

REASON:    BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE

_____     _____     _____
AWT                    CHIEF COUNSELOR            CHIEF SECURITY/ADMIN LT.

_____     Christopher P. Smith, Jr. Eds     _____
JOB COORDINATOR       Behavioral Health Administrator     MEDICAL
                           MENTAL HEALTH

_____     ( ✓ ) APPROVAL     July 30, 2021
WARDEN                                        DATE

CR4168                Duplicate As Needed               RDA####



# Tennessee Department of Correction
## SAFEKEEPER Monthly Assessment Report for Sheriff

Order Basis: _____

Inmates Name: : Friedmann _____ Alexander _____ _____ TDOC NO. _____ 135616
            Last          First     Middle

DATE OF ARRIVAL IN TDOC:   2/19/2020         TDOC LOCATION:    RMSI

PENDING OFFENSE(S): _____ Sabotage _____   CRIMINAL HISTORY: _____ Att. Rob, Arm Rob with
_____                       deadly weapon, assault w/intent

CO-DEFENDANTS: _____ Unknown _____   DISCIPLINARY ISSUED: _____ None

MEDICAL CLASS: __B__   MENTAL HEALTH LEVEL: __2__

INCOMPATIBLES: _____ None _____   STG: _____ None _____   EDUCATION: __GED__

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S
RECOMMENDATION.

No behavior problems noted or reported by staff in Unit 1 at RMSI.

UNIT COUNSELOR SIGNATURE: _____ *W. Tate* _____   DATE: *08/27/20*

PANEL RECOMMENDATION:   ✓ MANDATORY SEGREGATION
                      ____ PROTECTIVE CUSTODY
                      ____ CUSTODY LEVEL       ____ CLOSE   ____ MEDIUM

REASON: _____ BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE

_____ *M. Keys* _____
AWT

_____ *Genira Douglas*
JOB COORDINATOR

_____
WARDEN

_____
CHIEF COUNSELOR

Christopher P. Smith, Jr. EdS
Behavioral Health Administrator
MENTAL HEALTH

( ✓ ) APPROVAL

(   ) DENIAL

_____ *D. Dougl*
CHIEF SECURITY/ADMIN LT.

_____
MEDICAL

*8/27/2021*
DATE

CR4168                Duplicate As Needed                RDA####

Tennessee Department of Correction
# SAFEKEEPER Monthly Assessment Report for Sheriff

Order Basis: _____

Inmates Name: : Friedmann _____ Alexander _____ _____ TDOC NO. _____ 135616
                Last              First         Middle

DATE OF ARRIVAL IN TDOC: 2/19/2020          TDOC LOCATION: RMSI

PENDING OFFENSE(S): _____ Sabotage _____     CRIMINAL HISTORY: Att. Rob, Arm Rob with
                    _____                        deadly weapon, assault w/intent

CO-DEFENDANTS: _____ Unknown _____           DISCIPLINARY ISSUED: _____ None
               _____           _____

MEDICAL CLASS: __B__     MENTAL HEALTH LEVEL: __2__

INCOMPATIBLES: _____ None _____     STG: _____ None _____     EDUCATION: GED

SUMMARY OF INMATE'S BEHAVIOR, ADJUSTMENT, MEDICAL CONDITION, VISITS AND COUNSELOR'S
RECOMMENDATION.

No behavior problems noted or reported by staff in Unit 1 at RMSI.

UNIT COUNSELOR SIGNATURE: _W. Fates_          DATE: _09/28/1x_

PANEL RECOMMENDATION:     ✓ MANDATORY SEGREGATION
                          ___ PROTECTIVE CUSTODY
                          ___ CUSTODY LEVEL              _____ CLOSE  _____ MEDIUM

REASON: __BASIS OF SAFEKEEPING AND NATURE OF PENDING OFFENSE__

_M Karp AWT_                _____           _____
AWT                         CHIEF COUNSELOR          CHIEF SECURITY/ADMIN LT.

_Gary Hays_                 _D Culenovic, By D_      _W Maranda Plinh m_
JOB COORDINATOR             MENTAL HEALTH            MEDICAL

_____               ( ✓ ) APPROVAL          _Oct. 08, 2021_
WARDEN                                               DATE
                            (   ) DENIAL

CR4168                      Duplicate As Needed                     RDA####