UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ALEXANDER FRIEDMANN, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) NO. 3:21-cv-00721 |
| TONY PARKER, et al., | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Joint Motion to Dismiss and Retain Jurisdiction (Doc. No. 61). Accordingly, this action is **DISMISSED**. The Clerk shall close the file. The Court will retain jurisdiction solely for any allegations of a breach of the Settlement Agreement.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE