UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEXANDER FRIEDMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:21-cv-00721 |
| | ) |
| TONY PARKER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Notice of Settlement Agreement regarding Attorney Fees (Doc. No. 60). By agreement of the parties, Plaintiff Alexander Friedmann is awarded $47,586.43 in attorneys' fees and costs. Accordingly, Defendants shall pay attorneys' fees and costs in the amount of $47,586.43 to David Randolph Smith &Associates, Plaintiff's counsel of record.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE